51 F.3d 276
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
Herbert WILLIAMS, Jr., Plaintiff-Appellant,
v.
UNITED PARCEL SERVICE, INC., Defendant-Appellee.
 No. 94-3559.
 United States Court of Appeals, Seventh Circuit.
 Argued March 27, 1995.
Decided March 28, 1995.
 
 1
 Before EASTERBROOK and KANNE, Circuit Judges, and STIEHL, District Judge*.
 
 Order
 
 2
 The court affirmed the judgment in open court for the reasons given by the district judge. We add only that appellant's principal argument--that there is a material dispute about whether he "falsified" a driver's time card--is incorrect. Appellant concedes that he wrote on the card a time preceding the driver's actual arrival. Appellant offered justifications for this act, but we do not sit, after the fashion of an arbitrator implementing a "just cause" contract, to determine the adequacy of justifications. Federal law does no more than prohibit discrimination, and this record does not support an inference of discrimination.
 
 
 3
 AFFIRMED.
 
 
 
 *
 Of the Southern District of Illinois, sitting by designation